IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 07-0011

FILED

11/23/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 07-0011

IN THE MATTER OF CALLING A RETIRED
DISTRICT JUDGE TO ACTIVE SERVICE

FILED

NOV 23 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

The Honorable Christopher D. Abbott, Judge of the District Court for the First Judicial District of the State of Montana, has requested the assistance of retired District Judge Ed McLean to assume jurisdiction of Broadwater County Cause No. DR- 2014-23, *Botsford v. Lacunza*.

Judge McLean has retired under the provisions of the Montana Judges' Retirement System and, being subject to call for duty pursuant to § 19-5-103(a) and (b), MCA, has advised that he is agreeable to assisting the First Judicial District Court with the above-listed matter.

IT IS HEREBY ORDERED:

1. The Honorable Ed McLean, retired District Judge, is hereby called to active service in the District Court of the First Judicial District of the State of Montana, to assume judicial authority of Broadwater County Cause No. DR- 2014-23, *Botsford v. Lacunza*, and is hereby authorized to proceed with any and all necessary hearings, opinions, and orders, including final resolution of said matter.

2. For all active service, Judge McLean shall be paid the salary compensation to which he is entitled by § 19-5-103(2)(b), MCA, and actual expenses, if any, shall be reimbursed.

3. A copy of this Order shall be filed with the Clerk of Court of Broadwater County, with the request that this Order be sent to all counsel of record in the above-listed matter.

4. A copy of this Order shall also be furnished to the Honorable Christopher D. Abbott, the Honorable Ed McLean, and to Cathy Pennie, Office of the Supreme Court Administrator.

This Order is entered by the Chief Justice pursuant to Article VII, Section 6(3) of the 1972 Montana Constitution, and statutes enacted in conformity therewith and in implementation thereof.

DATED this _____ day of November, 2020.

_____
Chief Justice